448 F.2d 776
 CONTINENTAL CASUALTY COMPANY, Plaintiff-Appellant,
v.
BENTON AND COMPANY, Inc., et al., Defendants-Appellees.
 No. 71-1477.
 United States Court of Appeals, Fifth Circuit.
 September 30, 1971.
 
 Appeal from the United States District Court for the Middle District of Florida; Ben Krentzman, District Judge.
 Harry Kemker, Trenam, Simmons, Kemker, Scharf & Barkin, Tampa, Fla., for plaintiff-appellant.
 Leonard W. Cooperman, St. Petersburg, Fla., for defendant-appellee.
 Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.
 PER CURIAM.
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966